

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,835-01

**EX PARTE JOSE GRANADOS-GUEVARA, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1445057-A IN THE 185TH DISTRICT COURT
### FROM HARRIS COUNTY

***Per curiam.***

## O R D E R

Applicant was convicted of murder and sentenced to ninety-nine years' imprisonment. The First Court of Appeals affirmed his conviction. *Granados-Guevara v. State*, No. 01-16-00547-CR (Tex. App.—Houston [1st Dist] June 29, 2017)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant's application is written in Spanish. In order for this Court to properly address Applicant's claims, the trial court should have Applicant's memorandum translated by a certified translator.

This application will be held in abeyance until the trial court has obtained a translated and certified copy of Applicant's memorandum. The translation shall be resolved within 90 days of this order. A supplemental transcript containing the original memorandum and the certified, translated memorandum shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: October 21, 2020
Do not publish